UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21590-CIV-MARTINEZ-BROWN

MAURICE CALLUE, et al.,

    Plaintiff,

vs.

KRB, INC.; KELLOGG, BROWN & ROOT SERVICES, INC.; KELLOGG, BROWN & ROOT LLC; HALLIBURTON COMPANY,

    Defendants.
_____/

## ORDER

This matter is before the Court *sua sponte* on a Conditional Transfer Order ("CTO") issued on October 20, 2009, by the United States Judicial Panel on Multidistrict Litigation ("JPML"). The CTO transfers the above-captioned case to the District of Maryland under 28 U.S.C. § 1407. The CTO will not take effect, however, until it is filed with the Office of the Clerk of the United States District Court for the District of Maryland.

During the 15-day period before the CTO is transferred to the Clerk of the District of Mayland, the CTO provides that any party may file an objection with the Clerk of the Panel, Jeffery N. Lüthi. If an objection is filed, the 15-day stay will be continued until the Panel enters a further order. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is ADMINISTRATIVELY CLOSED pending transfer to the District of Maryland or further Order by the JPML.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of October, 2009.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record